IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **ADVANCED MARKETING** | : | **Case No. 06-11480 (CSS)** |
| **SERVICES, INC., a Delaware** | : | |
| **corporation, et al.,**[1] | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that, on September 26, 2007, the above-captioned debtors and debtors in possession (the "Debtors") filed the **Second Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors** [Docket No. 1424] (the "Second Amended Plan").

PLEASE TAKE FURTHER NOTICE that on November 13, 2007 the Debtors filed the **Third Amended Joint Chapter 11 Plan of Liquidation of the Debtors and the Official Committee of Unsecured Creditors** (the "Third Amended Plan"), a copy of which is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that attached hereto as Exhibit B is a blackline of the Third Amended Plan highlighting changes from the Second Amended Plan.

---

[1] The Debtors are the following entities: Advanced Marketing Services, Inc., a Delaware corporation ("AMS"); Publishers Group Incorporated, a California corporation ("PGI"); and Publishers Group West Incorporated, a California corporation ("PGW").

RLF1-3223532-1

Dated: November 13, 2007
Wilmington, Delaware

/s/ Paul N. Heath

Mark D. Collins (Bar No. 2981)
Paul N. Heath (Bar No. 3704)
Chun I. Jang (Bar No. 4790)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Suzzanne S. Uhland
Austin K. Barron
Alexandra B. Feldman
O'MELVENY & MYERS LLP
275 Battery Street
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION