IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ADVANCED MARKETING | : | Case No. 06-11480 (CSS) |
| SERVICES, INC., a Delaware | : | Jointly Administered |
| Corporation, et al.,[1] | : | |
| | : | Objection Deadline: February 7, 2008 at 4:00 p.m. |
| Debtors. | : | Hearing Date: February 28, 2008 at 10:00 a.m. |

## THIRD INTERIM AND FINAL APPLICATION OF CAPSTONE ADVISORY GROUP, LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM DECEMBER 29, 2006 THROUGH DECEMBER 4, 2007

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC |
| Authorized to Provide Professional Services to: | the above-captioned debtors and debtors-in-possession |
| Date of Retention: | February 12, 2007 (*nunc pro tunc* to December 29, 2006) |
| Period for which Compensation and reimbursement are sought (Third Interim Period): | September 1, 2007 through December 4, 2007 |
| Amount of Compensation sought as actual, reasonable, and necessary (for the Period September 1, 2007 through December 4, 2007): | $424,783.50 [2] |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary (for the Period September 1, 2007 through December 4, 2007): | $4,313.15 |
| Period for which Compensation and reimbursement are sought (Final): | December 29, 2006 through December 4, 2007 |

---

[1] The Debtors are the following entities: Advanced Marketing Services, Inc., a Delaware corporation, Publishers Group Incorporated, a California corporation, and Publishers Group West Incorporated, a California corporation.

[2] Includes Success Fee of $150,000.00

RLF1-3231516-1

Amount of Compensation sought as actual,
reasonable, and necessary (for the Period
December 29, 2006 through December 4, 2007):     $1,463.248.00 [2]

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary (for the Period
December 29, 2006 through December 4, 2007) :    $29,154.24

This is a(n):  _____ Monthly   __X__ Interim   __X__ Final Application

Prior Applications Filed (Bold entries indicate Interim fee applications):

| Date Filed/ Docket No. | Period Covered | Requested | | Paid | |
| --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses |
| Filed: 2/27/07<br>Docket No. 421 | 12/29/06 - 1/31/07 | $ 302,915.00 | $ 8,599.68 | $ 302,915.00 | $ 8,599.68 |
| Filed: 3/20/07<br>Docket No. 575 | 2/1/07 - 2/28/07 | $ 244,841.00 | $ 4,850.78 | $ 244,841.00 | $ 4,850.78 |
| Filed: 4/16/07<br>Docket No. 714 | 3/1/07 - 3/31/07 | $ 175,912.00 | $ 6,704.92 | $ 175,912.00 | $ 6,624.92<br>(1) |
| Filed: 5/16/07<br>Docket No. 811 | 4/1/07 - 4/30/07 | $ 59,909.00 | $ 1,281.27 | $ 59,909.00 | $ 1,281.27 |
| **1ST INTERIM**<br>**Filed: 6/13/07**<br>**Docket No. 880** | **12/29/06-4/30/07** | **$ 783,577.00** | **$ 21,436.65** | **$ 783,577.00** | **$ 21,356.65**<br>**(1)** |
| Filed: 6/15/07<br>Docket No. 895 | 5/1/07 - 5/31/07 | $ 50,700.00 | $ 1,171.81 | $ 50,700.00 | $ 1,171.81 |
| Filed: 7/16/07<br>Docket No. 1062 | 6/1/07 - 6/30/07 | $ 29,885.00 | $ 580.77 | $ 29,885.00 | $ 580.77 |
| Filed: 8/21/07<br>Docket No. 1289 | 7/1/07 - 7/31/07 | $ 75,751.00 | $ 626.91 | $ 75,751.00 | $ 626.91 |
| Filed: 9/17/07<br>Docket No. 1378 | 8/1/07 - 8/31/07 | $ 98,551.50 | $ 1,104.95 | $ 98,551.50 | $ 1,104.95 |
| **2ND INTERIM**<br>**Filed: 10/15/07**<br>**Docket No. 1467** | **5/1/07-8/31/07** | **$ 254,887.50** | **$ 3,484.44** | **$ 254,887.50** | **$ 3,484.44** |
| Filed: 10/17/07 amended 11/6/07<br>Docket No. 1473 and 1553 | 9/1/07 - 9/30/07 | $ 251,570.00<br>(2) | $ 1,778.75 | $ 201,256.00<br>(3) | $ 1,778.75 |
| Filed: 11/27/07<br>Docket No. 1616 | 10/1/07 - 10/31/07 | $ 95,517.50 | $ 1,278.06 | $ 76,414.00 | $ 1,278.06 |
| Filed: 12/19/07<br>Docket No. 1654 | 11/1/07 - 12/4/07 | $ 77,696.00 | $ 1,256.34 | $ 62,156.80 | $ 1,256.34 |
| **3RD INTERIM** | **9/1/07-12/4/07** | **$ 424,783.50**<br>**(2)** | **$ 4,313.15** | **$ 339,826.80**<br>**(3)** | **$ 4,313.15** |
| TOTALS (1) | | $ 1,463,248.00 | $ 29,154.24 | $ 1,378,291.30 | $ 29,154.24 |

Notes:
(1) Includes $80.00 reduction/disallowance in expenses as a result of the First Interim Fee Application.
(2) Includes Success Fee of $150,000.00
(3) Includes 80% of Success Fee or $120,000.00

## COMPENSATION BY PROFESSIONAL
## SEPTEMBER 1, 2007 THROUGH DECEMBER 4, 2007

| Professional | Position | Billing Rate | Hours | Fees | |
|---|---|---|---|---|---|
| Rohman, Mark | Member/Executive Director | $ 595.00 | 80.8 | $ 48,076.00 | |
| Atkins, Monique | Managing Director | $ 450.00 | 485.8 | $ 218,610.00 | |
| Seli, Gerry | Director | $ 395.00 | 20.5 | $ 8,097.50 | |
| **For the Period 9/1/07 through 12/4/07** | | | 587.1 | $ 274,783.50 | (1) |

|  |  |
|---|---|
| Grand Total | $ 274,783.50 |
| Total Hours | 587.1 |
| Blended Rate | $ 468.04 |

(1) Does not include Success Fee of $150,000.00

Dated: January 17, 2008
New York, New York

## COMPENSATION BY PROFESSIONAL
## DECEMBER 29, 2006 THROUGH DECEMBER 4, 2007

| Professional | Position | Billing Rate | Hours | Fees | |
|---|---|---|---|---|---|
| Rohman, Mark | Member/Executive Director | $ 595.00 | 940.3 | $ 559,478.50 | (1) |
| Rohman, Mark | Member/Executive Director | $ 555.00 | 11.5 | $ 6,382.50 | (1) |
| Atkins, Monique | Managing Director | $ 450.00 | 1,623.0 | $ 730,350.00 | (1) |
| Atkins, Monique | Director | $ 405.00 | 14.0 | $ 5,670.00 | (1) |
| Seli, Gerry | Director | $ 395.00 | 20.5 | $ 8,097.50 | (2) |
| Seli, Gerry | Director | $ 350.00 | 8.6 | $ 3,059.50 | (2) |
| Freyer, Peter | Associate Director | $ 350.00 | 0.6 | $ 210.00 | |
| **For the Period 12/29/06 through 12/4/07** | | | 2,618.5 | $ 1,313,248.00 | (3) |

Grand Total $ 1,313,248.00
Total Hours 2,618.5
Blended Rate $ 501.53

Notes:
(1) Billing Rate increase became effective January 1, 2007.
(2) Billing Rate increase became effective September 1, 2007.
(3) Does not include Success Fee of $150,000.00

Dated: January 17, 2008
New York, New York

# COMPENSATION BY PROJECT CATEGORY
## SEPTEMBER 1, 2007 THROUGH DECEMBER 4, 2007

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Asset Sale/Restructuring | 9.9 | $ 4,455.00 |
| Case Strategy/Status | 22.5 | $ 12,010.00 |
| Cash Flow, Cash Management & Liquidity Analysis | 5.0 | $ 2,975.00 |
| Claims Analysis/Accounting | 397.0 | $ 178,247.50 |
| Court Filings/Motions | 10.5 | $ 5,015.00 |
| Creditors Committee Matters | 8.9 | $ 4,585.00 |
| Disclosure Statement/Plan of Reorganization | 104.5 | $ 52,535.00 |
| Employee Related Matters/Retention | 4.0 | $ 1,800.00 |
| Employment Applications/Fee Applications | 20.9 | $ 11,261.00 |
| Meetings with Debtor/Management | 1.0 | $ 595.00 |
| Statements & Schedules | 2.9 | $ 1,305.00 |
| **For the Period 9/1/07 through 12/4/07** | 587.1 | $ 274,783.50 (1) |

(1) Does not include Success Fee of $150,000.00

## COMPENSATION BY PROJECT CATEGORY
## DECEMBER 29, 2006 THROUGH DECEMBER 4, 2007

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Asset Sale/Restructuring (A) | 451.7 | $ 227,364.00 |
| Business Plan/Strategic Alternatives (B) | 27.4 | $ 15,998.50 |
| Case Strategy/Status (C) | 111.4 | $ 59,627.00 |
| Cash Flow, Cash Management & Liquidity Analysis (D) | 183.5 | $ 107,048.50 |
| Claims Analysis/Accounting (E) | 724.9 | $ 331,627.50 |
| Court Filings/Motions (F) | 102.0 | $ 54,720.50 |
| Creditors Committee Matters (G) | 232.8 | $ 125,016.50 |
| DIP Financing (H) | 23.1 | $ 12,468.50 |
| Disclosure Statement/Plan of Reorganization (I) | 121.2 | $ 61,123.00 |
| Employee Related Matters/Retention (J) | 52.4 | $ 26,906.50 |
| Employment Applications/Fee Applications (K) | 60.1 | $ 30,850.50 |
| Financial Analysis (L) | 8.1 | $ 3,594.00 |
| Financing Source / Investor Discussions (M) | 49.4 | $ 29,393.00 |
| Liquidation Analysis (N) | 62.8 | $ 36,568.50 |
| Meetings with Debtor/Management (O) | 28.7 | $ 16,478.00 |
| Operational Issues (P) | 32.6 | $ 19,397.00 |
| Reclamation/503(b)(9) (Q) | 306.4 | $ 137,126.50 |
| Statements & Schedules (R) | 37.2 | $ 16,680.00 |
| US Trustee Requests (S) | 2.8 | $ 1,260.00 |
| **For the Period 12/29/06 through 12/4/07** | 2,618.5 | $ 1,313,248.00 (1) |

(1) Does not include Success Fee of $150,000.00

# EXPENSE SUMMARY
## SEPTEMBER 1, 2007 THROUGH DECEMBER 4, 2007

| Expense Category | | Amount |
|---|---|---:|
| Airfare/Train | $ | 499.79 |
| Auto Rental/Taxi | $ | - |
| Copies | $ | - |
| Hotel | $ | 495.95 |
| Meals - Billable | $ | 205.34 |
| Mileage | $ | 121.25 |
| Notary | $ | 30.00 |
| Other | $ | 20.00 |
| Parking/Tolls | $ | 59.11 |
| Research-Billable | $ | 4.96 |
| Taxi | $ | 33.00 |
| Telecom Charges | $ | 2,843.75 |
| **For the Period 9/1/07 through 12/4/07** | **$** | **4,313.15** |

# EXPENSE SUMMARY
## DECEMBER 29, 2006 THROUGH DECEMBER 4, 2007

| Expense Category | Amount |
|---|---:|
| Airfare/Train | $ 4,887.39 |
| Auto Rental/Taxi | $ 303.30 |
| Copies | $ 20.00 |
| Hotel | $ 8,848.66 |
| Meals - Billable | $ 526.37 |
| Mileage | $ 642.98 |
| Notary | $ 30.00 |
| Other | $ 30.00 |
| Parking/Tolls | $ 178.36 |
| Research-Billable | $ 50.88 |
| Taxi | $ 908.00 |
| Telecom Charges | $ 12,728.30 |
| **For the Period 12/29/06 through 12/4/07** | **$ 29,154.24** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| ADVANCED MARKETING | : | Case No. 06-11480 (CSS) |
| SERVICES, INC., a Delaware | : | Jointly Administered |
| Corporation, et al.,[1] | : | |
| | : | Objection Deadline: February 7, 2008 at 4:00 p.m. |
| **Debtors.** | : | Hearing Date: February 28, 2008 at 10:00 a.m. |

## THIRD INTERIM AND FINAL APPLICATION OF CAPSTONE ADVISORY GROUP, LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM DECEMBER 29, 2006 THROUGH DECEMBER 4, 2007

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, dated January 22, 2007 [Docket No. 233] (the "Administrative Order"), Capstone Advisory Group, LLC ("Capstone") hereby files this Third Interim and Final Application for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor to Debtors and Debtors in Possession for the Period from December 29, 2006 through December 4, 2007 (the "Application"). By this Application, Capstone seeks a final allowance pursuant to the Administrative Order with respect to the sum of $1,463,248.00 as compensation, including a Success Fee of $150,000.00, and $29,154.24 for reimbursement of actual and necessary expenses for a total of $1,492,402.24 for the period

---

[1] The Debtors are the following entities: Advanced Marketing Services, Inc., a Delaware corporation, Publishers Group Incorporated, a California corporation, and Publishers Group West Incorporated, a California corporation.

December 29, 2006 through December 4, 2007 (the "Compensation Period"). In support of this Application, Capstone respectfully represents as follows:

### Background

1. On December 29, 2006 (the "Petition Date"), the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

2. Capstone was retained effective as of the Petition Date by this Court's Order dated February 12, 2007 (the "Retention Order"). The Retention Order authorized Capstone to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

### Compensation Paid and Its Source

3. All services for which compensation is requested by Capstone were performed for or on behalf of the Debtors.

4. Except to the extent of the retainer paid to Capstone as described in the application seeking approval of Capstone's employment by the Debtors during the period covered by this Application, Capstone has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Capstone and any other person other than the directors of Capstone for the sharing of compensation to be received for services rendered in these cases.

### Fee Statements

5. The fee statements for the time period December 29, 2006 through and including December 4, 2007, have been attached as Exhibit A to each of the monthly fee applications previously filed in this case, and are incorporated herein as though fully set forth

2

herein.[2] These statements contain daily time logs describing the time spent by each professional for this period. To the best of Capstone's knowledge, this Application and all of Capstone's previous fee applications comply with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United States Trustee, Del. Bankr. L.R. 2016-2 and the Administrative Order.

**Actual and Necessary Expenses**

6. Summaries of actual and necessary expenses and daily logs of expenses incurred by Capstone for the period December 29, 2006 through and including December 4, 2007 have been attached as Exhibit B to each of the monthly fee applications previously filed in this case, and are incorporated herein as though fully set forth herein.[2]

**Summary of Services Rendered**

7. The professionals of Capstone who have rendered professional services in these cases are as follows: Mark Rohman, Monique Atkins, Gerry Seli and Peter Freyer.

8. Capstone, by and through the above-named persons, has advised the Debtors on accounting and financial aspects of these cases, advised the Debtors on a regular basis with respect to various matters in connection with these cases, and has performed all necessary professional services which are described and narrated in detail hereinafter.

**Summary of Services By Project**

9. The services rendered by Capstone during the Compensation Period can be grouped into the categories set forth below. The professional who rendered services relating to each category are identified, along with the number of hours for each individual and the total

---

[2] Docket numbers for each of the previously filed monthly fee applications are set forth on page 3 of this Application.

compensation sought for each category, on Exhibit A to each of the monthly fee applications previously filed in this case.

A.     Asset Sale/Restructuring

Fees: $227,364.00; Total Hours: 451.7

This category includes time and fees Applicant incurred preparing and requesting due diligence materials for potential lenders and buyers, communicating with management and potential investors regarding information requests, analyzing different sale proposals, communicating with the Committee's advisors on various sale proposals, managing the electronic data room, gathering information on remaining assets and determining cure amounts related to contracts to be assumed.

B.     Business Plan/Strategic Alternatives

Fees: $15,998.50; Total Hours: 27.4

This category includes discussions with the Debtor and counsel related to various alternative strategies.

C.     Case Strategy/Status

Fees: $59,627.00; Total Hours: 111.4

This category includes preparing for and attending meetings with debtors, counsel and financial advisors.

D.     Cash Flow, Cash Management & Liquidity Analysis

Fees: $107,048.50; Total Hours: 183.5

This category includes fees incurred reviewing and analyzing weekly cash flow projections, suggesting alternative scenarios and discussing impact with management and the Committee's advisors.

E.  Claims Analysis/Accounting

Fees: $331,627.50; Total Hours: 724.9

This category includes discussions, research and analysis related to the book return programs, administrative claims, the claims register, pre- and post-petition accounts payable issues, claims reconciliation and preparation and responses related to omnibus objections to claims.

F.  Court Filings/Motions

Fees: $54,720.50; Total Hours: 102.0

This category includes review, analysis and research related to drafts of the liquidating plan, 9019 motions, ordinary course professionals, common carriers, and utilities/adequate assurance payments.

G.  Creditors Committee Matters

Fees: $125,016.50; Total Hours: 232.8

This category includes preparation and discussion of information for the Committee's advisors as well as meetings with advisors regarding various bankruptcy related topics.

H.  DIP Financing

Fees: $12,468.50; Total Hours: 23.1

This category includes preparation of information for DIP agreement, discussions on issues with DIP agreement with management, and meetings with DIP lenders.

I.  Disclosure Statement/Plan of Reorganization

Fees: $61,123.00; Total Hours: 121.2

This category includes review, formulation, negotiation, preparation and analysis related to the Plan of Reorganization and Disclosure Statements.

J. <u>Employee Related Matters/Retention</u>

Fees: $26,906.50; Total Hours: 52.4

This category includes responding to questions related to pre-petition employee wages, bonuses, and claims; working with Debtors' management on communications with employees, discussing and analyzing the treatment of potential payments related to employees' wages and salary and reviewing and discussing employee retention plans.

K. <u>Employment Applications/Fee Applications</u>

Fees: $30,850.50; Total Hours: 60.1

This category includes preparation on monthly and interim fee applications as well as Capstone's retention and employment documents.

L. <u>Financial Analysis</u>

Fees: $3,594.00; Total Hours: 8.1

This category includes analysis of historical performance in preparation of meetings with creditors and analysis of foreign operation results.

M. <u>Financing Source / Investor Discussions</u>

Fees: $29,393.00; Total Hours: 49.4

This category includes meetings and discussions with potential investors and sources of financing.

N.  Liquidation Analysis

Fees: $36,568.50; Total Hours: 62.8

This category includes review and analysis of various liquidation scenarios and alternatives.

O.  Meetings with Debtor/Management

Fees: $16,478.00; Total Hours: 28.7

This category includes meetings and discussions with management relating to various bankruptcy issues including the liquidation of inventory and communications with publishers.

P.  Operational Issues

Fees: $19,397.00; Total Hours: 32.6

This category includes review and discussion of operational performance of the Debtors including sales performance, order status, publisher shipments and operating expense reductions.

Q.  Reclamation/503(b)(9)

Fees: $137,126.60; Total Hours: 306.4

This category includes analysis and preparation of Debtor's reclamation and 503(b)(9) claims, reports and various claims issues.

R.  Statements & Schedules

Fees: $16,680.00; Total Hours: 37.2

This category includes reviewing drafts of the Debtor's Statements & Schedules and preparing and reviewing data to amend the Debtors' Statements & Schedules.

S. <u>US Trustee Requests</u>

Fees: $1,260.00; Total Hours: 2.8

This category includes all time spent providing information required or requested by the US Trustee.

**Valuation of Services**

12. Capstone professional have expended a total of 2,618.5 hours in connection with this matter during the Compensation Period, as follows:

| Professional | Billing Rate | Hours | |
|---|---|---|---|
| Rohman, Mark | $ 595.00 | 940.3 | (1) |
| Rohman, Mark | $ 555.00 | 11.5 | (1) |
| Atkins, Monique | $ 450.00 | 1,623.0 | (1) |
| Atkins, Monique | $ 405.00 | 14.0 | (1) |
| Seli, Gerry | $ 395.00 | 20.5 | (2) |
| Seli, Gerry | $ 350.00 | 8.6 | (2) |
| Freyer, Peter | $ 350.00 | 0.6 | |

Notes:
(1) Billing Rate increase became effective January 1, 2007.
(2) Billing Rate increase became effective September 1, 2007.

The nature of the work performed by these persons is attached as Exhibit A to each of the previously filed monthly fee applications in this case. These are Capstone's normal hourly rates for work of this character. The reasonable value of the services rendered by Capstone during the Compensation Period is $1,313,248, which does not include the Success Fee of $150,000.00.

13. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Capstone is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, Capstone has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, Capstone respectfully requests that the Court authorize that for the Compensation Period, a final allowance be made to Capstone pursuant to the terms of the Administrative Order, with respect to the sum of $1,313,248 as compensation for necessary professional services rendered, the sum of $150,000.00 as a Success Fee, and the sum of $29,154.24 as reimbursement of actual necessary costs and expenses, for a total of $1,492,402.24 and that such sums be authorized for final payment, less what has been paid previously to Capstone pursuant to the Administrative Order, and for such other and further relief as this Court may deem just and proper.

Dated: January 17, 2008
New York, New York

Mark C. Rohman, Member
Capstone Advisory Group, LLC

# VERIFICATION

STATE OF NEW YORK    )
                     ) SS:
COUNTY OF NEW YORK   )

Mark C. Rohman, after being duly sworn according to law, deposes and says:

a) I am a Member with the applicant firm, Capstone, and have been admitted to appear before this Court.

b) I am familiar with the work performed on behalf of the Debtors by the professionals in the firm.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2 and submit that the Application substantially complies with such Rule.

*/s/ Mark C. Rohman*
Mark C. Rohman, Member
Capstone Advisory Group, LLC

SWORN AND SUBSCRIBED before
me this 17th day of January 2008.

*/s/ Patricia A. Wright*
Notary Public
My Commission Expires:_____

**PATRICIA A. WRIGHT**
Notary Public, State of New York
No. 4901229
Qualified in New York County
Commission Expires on July 27, 2009