```
                    UNITED STATES BANKRUPTCY COURT
                         DISTRICT OF DELAWARE


IN RE:                           .   Chapter 11
                                 .
ADVANCED MARKETING SERVICES,     .   Case No. 06-11480(CSS)
INC., a Delaware corporation,    .   (Jointly Administered)
et al.,                          .
                                 .   January 28, 2008
                                 .   10:00 a.m.
           Debtors.              .   (Wilmington)
                                 .


                    TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI
              UNITED STATES BANKRUPTCY COURT JUDGE
```

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

1       THE CLERK: All rise.

2       THE COURT: Please be seated.  Need you guys back to

3  work, you've got a real hearing at 2 o'clock to worry about.

4       MR. JANG: That's right.

5       THE COURT: Good morning.  I reviewed the

6  supplemental affidavit that you submitted under certification

7  of counsel, and I appreciate the obviously hard work that

8  went into that.  The thorough response.  I have no further

9  questions.  I'm prepared to grant the relief.

10      MR. JANG: Fantastic, Your Honor.

11      THE COURT: You may approach with an order.  We're

12 going to set a record today.  Thank you.  Anything further?

13      MR. JANG: That's all we have today, Your Honor.

14      THE COURT: Hearing is adjourned.

15      MR. JANG: Thank you very much.

16   (Whereupon at 10:03 p.m. the hearing in this matter was

17 concluded for this date.)

18      I, Jennifer Ryan Enslen, approved transcriber for

19 the United States Courts, certify that the foregoing is a

20 correct transcript from the electronic sound recording of the

21 proceedings in the above entitled matter.

22

23   /s/Jennifer Ryan Enslen                    01/31/08
     Jennifer Ryan Enslen
24   43 Bay Boulevard
     Newark, DE 19702
25   (302)836-1905