

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ADVANCED MARKETING SERVICES, INC., a Delaware corporation, *et al.*,[1] | : | Case No. 06-11480 (CSS) |
| | : | |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Hearing Date: February 28, 2008 at 10:00 a.m. |
| | : | Re: Docket Nos. 1667, 1685, 1687, 1689, 1691, 1695 and 1698 |

## OMNIBUS ORDER AWARDING FINAL ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES FOR PROFESSIONALS EMPLOYED IN THESE CASES

Upon consideration of the final applications (the "Applications") of the parties identified on Exhibit A attached hereto (the "Applicants") for the final allowance of compensation and reimbursement of expenses for professional services rendered and expenses incurred during the periods set forth on Exhibit A (each an "Application Period" and, collectively, the "Application Periods"), pursuant to section 330 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"); and the Court having reviewed the Applications, and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Applications, and the hearing thereon, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Applications, and there being no objections to the Applications in the amounts set forth on Exhibit A; and upon the full record of all prior proceedings in theses cases; and sufficient cause having been shown therefore, it is hereby

---

[1] The Debtors are the following entities: Advanced Marketing Services, Inc., a Delaware corporation, Publishers Group Incorporated, a California corporation, and Publishers Group West Incorporated, a California corporation.

RLF1-3253851-1

ORDERED, ADJUDGED AND DECREED THAT:

1. Each of the Applications is GRANTED and each of the Applicants is allowed on a final basis, compensation and reimbursement of expenses for the Application Periods in the respective amounts set forth on Exhibit A.

2. The Debtors are hereby authorized and directed to disburse to each of the Applicants the amounts identified on Exhibit A, less any amounts previously paid to the Applicants.

3. This Order shall be deemed a separate order with respect to each of the Applications. Any stay of this order pending appeal with respect to any one Applicant shall only apply to the particular Applicant that is subject of such appeal, and shall not operate to stay the applicability and/or finality of this order with respect to any other of the Applicants.

4. This Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

Dated: February 28, 2008
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE